| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Baker, Brent Bryan** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Baker, Amy Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **1480** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **8173** |
| Street Address of Debtor (No. and Street, City, and State): **870 E. Wind Dr. New Lenox, Illinois**     ZIP CODE **60451** | Street Address of Joint Debtor (No. and Street, City, and State): **1173 Oak Grove Ct. Morris, Illinois**     ZIP CODE **60450** |
| County of Residence or of the Principal Place of Business: **WILL** | County of Residence or of the Principal Place of Business: **Grundy** |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Baker, Brent Bryan and Baker, Amy Marie |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **Northern District of Illinois, Eastern Division** | Case Number: **13-47650** | Date Filed: **December 12, 2013** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X  __s/James M. Durkee____    __May 5, 2014_____
Signature of Attorney for Debtor(s)        (Date)

**Bar No.: 6296297**

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☒  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition |
|---|
| *(This page must be completed and filed in every case.)* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X  s/Brent Bryan Baker

Signature of Debtor    **Brent Bryan Baker**

X  **s/Amy Marie Baker**

Signature of Joint Debtor  **Amy Marie Baker**

Telephone Number (if not represented by attorney)

**May 5, 2014**

Date

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X  s/James M. Durkee

Signature of Attorney for Debtor(s)

**James M. Durkee**

Printed Name of Attorney for Debtor(s)

**Malmquist and Geiger**

Firm Name

**415 Liberty St.**
**Morris, Illinois 60450**

Address

**(815) 942-5072**

Telephone Number

**May 5, 2014**

Date

Bar No.: 6296297

Fax: (815) 942-5072

E-mail: jimdurkee@mglawoffices.com

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____

Address

X _____

Signature

_____

Date

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re **Brent Bryan Baker and Amy Marie Baker,**                                   Case No. _____
_____
            **Debtor**                                                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary Residence - Single Family Home<br><br>1173 Oak Grove Ct., Morris, IL 60450 | | J | $407,000.00 | $423,237.30 |
| Rental Property - Home<br><br>1817 Red Willow Rd., Morris, IL 60450, 1758 Red Willow Rd., Morris, IL 60450 | RJA Builders, Inc., a wholly owned corporation of the debtor, owns this property in fee simple. | H | $326,000.00 | $377,000.00 |
| Rental Property - Home<br><br>4305 Greilick Dr., Travers City, MI 49696 | Fee Simple Ownership | J | $395,000.00 | $370,972.22 |
| | | Total ▶ | $1,128,000.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re **Brent Bryan Baker and Amy Marie Baker,** _____        Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand<br>Debtor is in possession of this property | J | $2,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account named Amy M. Baker at Grundy Bank (Balance as of 4/9/14) | J | $1,819.34 |
| | | Business account named Baker Consulting of Lemont, Inc. DBA Quality Millwork Operating Account at Grundy Bank (Balance as of 3/27/14) | J | $0.00 |
| | | Business account named Baker Hideaways, LLC at Grundy Bank (Balance as of 3/27/14) | J | $0.00 |
| | | Business account named RJA Builders, Inc. at Grundy Bank (Balance as of 3/27/14) | J | $0.00 |
| | | Business account named Baker Consulting of Lemont, Inc. DBA Quality Millwork Petty Cash Account at Grundy Bank (Balance as of 3/27/14) | J | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Exercise equipment, pool table, bumper pool table, pub table and chairs, ping pong table, shuffleboard table, three televisions, two Bose wave radios, household decor kitchen goods, misc. garage equipment, clothing for a family of 5, kids toys, jewelry | J | $5,740.00 |
| | | Great Room household goods and furnishings | J | $1,565.00 |
| | | Basement household goods and furnishings | J | $1,155.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Brent Bryan Baker and Amy Marie Baker,**_____    Case No. _____
 _____Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Dining Room household goods and furnishings | J | $1,730.00 |
| | | Master Bedroom household goods and furnishings | J | $1,525.00 |
| | | Children's Bedroom household goods and furnishings | J | $1,785.00 |
| | | Household goods and furnishings located at 4305 Greilick Rd., Traverse City, MI 49696 | J | $4,295.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life on Amy Baker with Brent Baker as beneficiary | J | $0.00 |
| | | Joint & Last Survivor (Whole Life) Insurance with Brent and Amy Baker as covered and Ryan Baker as beneficiary.  (Cash value is $7,395.32, but Surrender charge exceeds $8,000.00, yielding $0.00 equity) | J | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Brent Bryan Baker and Amy Marie Baker,**_____       Case No. _____
_____**Debtor**                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | Bonds for the benefit of the parties' three children, located at Amy Baker's residence | J | $1,600.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Brent Bryan Baker and Amy Marie Baker,** _____          Case No. _____
                                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | 2003 Chevrolet Suburban 2500 LS 4WD (KBB Trade-In Value, Very Good Condition, 150k miles) | J | $4,027.00 |
| | | Lawnmower, Yard Equipment, Miter Box Saw | J | $150.00 |
| | | Two (2) 2004 Yamaha Waverunners Model 1300 Travers City, Michigan | J | $8,000.00 |
| | | Playbuoy 20' Pontoon Boat Travers City, MI | J | $2,500.00 |
| | | 2006 Polaris FST - Classic Snowmobile | J | $3,000.00 |
| | | 2003 Bobcat Model 463 | J | $4,000.00 |
| | | 2006 Polaris Ranger 700 4-Wheeler | J | $5,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Brent Bryan Baker and Amy Marie Baker,** _____    Case No. _____

_____ **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 100% Shareholder of RJA Builders, Inc. | J | $0.00 |
| | | 100% Shareholder of Baker Consulting of Lemont, Inc. | J | $0.00 |
| | | 6148 Shares of stock from Town Center Bank Frankfort (Value as of 1/31/14) | J | $9,222.00 |
| | | Amounts in mutual funds through American Funds (Value as of 12/31/13) | J | $1,340.98 |
| | | IMRF Pension for Amy Baker (Estimate of value as of 12/31/13) | J | $133,000.00 |
| | | Lawsuit against Tenant Laurie Williams for back rent--Lawsuit is held by RJA Builders | J | $11,935.45 |
| | | Lawsuit against Jim Benda for past rent--Lawsuit owned by RJA Builders | J | $75,000.00 |

_4_ continuation sheets attached        Total ▶ | $280,389.77

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re **Brent Bryan Baker and Amy Marie Baker,**_____     Case No. _____

   **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | 735 ILCS 5/12-1001(b) | $2,000.00 | $2,000.00 |
| 2003 Chevrolet Suburban 2500 LS 4WD (KBB Trade-In Value, Very Good Condition, 150k miles) | 735 ILCS 5/12-1001(c) | $4,027.00 | $4,027.00 |
| 6148 Shares of stock from Town Center Bank Frankfort (Value as of 1/31/14) | 735 ILCS 5/12-1001(b) | $6,000.00 | $9,222.00 |
| IMRF Pension for Amy Baker (Estimate of value as of 12/31/13) | 735 ILCS 5/12-1006 | $133,000.00 | $133,000.00 |

_*  Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B 6D (Official Form 6D) (12/07)

**In re** Brent Bryan Baker and Amy Marie Baker                    ,   Case No. _____

_____
**Debtor**                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First Merchant's Bank, N.A.**<br>**200 E. Jackson St.**<br>**Muncie, IN 47305** | | **J** | **Purchase-Money Security Interest**<br>**2004 Crownline Deck Boat**<br>VALUE $  **$20,000.00** | | | | **$25,000.00** | **$0.00** |
| Additional Contacts for First Merchant's Bank, N.A.:<br><br>**Heavner, Scott, Beyers &**<br>**Mihlar, LLC**<br>**Attorneys at Law**<br>**111 E. Main St.**<br>**P.O. Box 740**<br>**Decatur, IL 62525** | | | | | | | | |
| ACCOUNT NO.<br>**Grundy Bank**<br>**201 Liberty St.**<br>**Morris, IL 60450** | | **J** | ***Creditor secured nature of lien RMC***<br>1173 Oak Grove Ct., Morris, IL 60450; 2 Yamaha Waverunners, See Attachment 1<br>VALUE $  **$407,000.00** | | | | **$42,376.30** | |
| ACCOUNT NO.<br>**Grundy Bank**<br>**201 Liberty St.**<br>**Morris, IL 60450** | | **J** | **First Mortgage**<br>**1173 Oak Grove Ct., Morris, IL 60450**<br>VALUE $  **$407,000.00** | | | | **$388,301.64** | **$0.00** |

| <u>  1  </u> continuation sheets attached | Subtotal ▶<br>(Total of this page) | $        **455,677.94** | $        **0.00** |
|---|---|---|---|
| | Total ▶<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re  **Brent Bryan Baker and Amy Marie Baker** ,    Case No. _____
                   **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Grundy Bank**<br>**P.O. Box 520**<br>**Morris, IL 60450** | | H | First Mortgage<br><br>1817 Red Willow Rd., Morris, IL 60450 and 1759 Red Willow Rd., Morris, IL 60450~Single Units in See Attachment 2<br><br>**VALUE $      $326,000.00** | | | | **$408,727.12** | **$82,727.12** |
| ACCOUNT NO.  9391 <br><br>**PNC Mortgage**<br>**P.O. Box 1820**<br>**Dayton, OH**<br>**45201-1820** | | W | **First Mortgage**<br><br><br>**VALUE $      $395,000.00** | | | | **$370,972.22** | |
| Additional Contacts for PNC Mortgage (9391):<br><br>**Orlans Associates, P.C.**<br>**P.O. Box 5041**<br>**Troy, MI 48007** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ | 779,699.34 | $ | 82,727.12 |
|---|---|---|---|

Total(s) ▶
(Use only on last page)

| $ | 1,235,377.28 | $ | 82,727.12 |
|---|---|---|---|

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

    **2003 Chevrolet Suburban, 2 Polaris Snowmobiles**

**Attachment 2**

    **Attachment 2**

        **Duplexes.  This property is titled under RJA Builders, Inc., a wholly owned corporation of the debtor.  Value is solely based upon sale of an identical unit, 1809 Red Willow Rd., Morris, IL 60450, at $163,000.00.**

B 6E (Official Form 6E) (04/13)

**In re** <u>Brent Bryan Baker and Amy Marie Baker</u> ,        Case No._____
Debtor                                          *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____ continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re  Brent Bryan Baker and Amy Marie Baker    ,         Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ <br><br> **Ill. Dept. of Employment Security** <br> **P.O. Box 3637** <br> **Springfield, IL 62708-3637** | | J | **State Taxes** | | | | **$1,602.86** | **$1,602.86** | **$0.00** |
| Account No. _____ <br><br> **Illinois Department of Revenue** <br> **P.O. Box 19035** <br> **Springfield, IL 62794** | | J | **State Taxes** | | | | **$4,896.31** | **$4,896.31** | **$0.00** |
| Account No. _____ <br><br> **IRS** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101** | | J | **Federal Taxes** | | | | **$1,021.75** | **$0.00** | **$1,021.75** |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals► <br> (Totals of this page) | $ 7,520.92 | $ 6,499.17 | $1,021.75 |
|---|---|---|---|---|
| | Total► <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals► <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re  Brent Bryan Baker and Amy Marie Baker    ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ <br><br> **Tracey Bartlett - Treasurer** <br> **1965 N. Three Mile** <br> **Traverse City, MI 49696** | | J | **Local Taxes** | | | | **$1,866.30** | **$0.00** | **$1,866.30** |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ **1,866.30** | $ **0.00** | **$1,866.30** |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **9,387.22** | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **6,499.17** | $ **2,888.05** |

In re **Brent Bryan Baker and Amy Marie Baker**                    , Case No. _____
_____Debtor_____                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br>Alexandria MW, LLC <br>4747 West State Rd. 2, Suite B <br>LaPorte, IN 46350 | | J | Business debt | | | | $6,390.51 |
| ACCOUNT NO.   4402 <br>Ally <br>Payment Processing Center <br>P.O. Box 78369 <br>Phoenix, AZ 85062-8369 | | J | Personal Loan | | | | $5,711.36 |
| ACCOUNT NO.  <br>American Hardwood Product <br>476 Country Club Dr. <br>Bensenville, IL 60106 | | J | Business debt | | | | $2,488.00 |
| ACCOUNT NO.  <br>Auto Owners Insurance <br>P.O. Box 30315 <br>Lansing, MI 48909-7815 | | J | Insurance Premiums | | | | $1,564.67 |

Subtotal➤  $    **16,154.54**

_**19**_ continuation sheets attached

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Brent Bryan Baker and Amy Marie Baker** ,        Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ayers Electric, Inc.**<br>**P.O. Box 567**<br>**Morris, IL 60450** | | J | **Business debt** | | | | **$2,022.38** |
| ACCOUNT NO.<br><br>**Big R Store**<br>**2655 Sycamore Dr.**<br>**Morris, IL 60450** | | J | **Business debt** | | | | **$565.10** |
| ACCOUNT NO.<br><br>**Bill's Drywall, Inc.**<br>**19145 S. 104th Ave.**<br>**Mokena, IL 60448** | | J | **Business debt** | | | | **$7,035.00** |
| ACCOUNT NO.<br><br>**Blue Cross Blue Shielf of Illinois**<br>**P.O. Box 3240**<br>**Naperville, IL 60566-7240** | | J | **Business debt** | | | | **$365.06** |

Sheet no. __1__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **9,987.54**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Brent Bryan Baker and Amy Marie Baker__,        Case No. _____
                        **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **BlueLinx Corporation** **3532 Solutions Center** **Chicago, IL 60677-3005** | | J | **Business debt** | | | | $3,557.69 |
| Additional Contacts for BlueLinx Corporation: **John M. Galich, Esq.** **1010 Jorie Blvd., Suite 370** **Oakbrook, IL 60523** | | | | | | | |
| **ACCOUNT NO.** **Break 'N Waves** **Shrink Film Services** **1126 E. Eighth St.** **Traverse City, MI 49686** | | J | **Personal Loan** | | | | $370.00 |
| **ACCOUNT NO.** **Bullseye Telecom** **C/o First Place Bank** **P.O. Box 33025** **Detroit, MI 48232-5025** | | J | **Business utility** | | | | $181.97 |

Sheet no.__2__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **4,109.66**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker** ,        Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Capital One** P.O. Box 6492 Carol Stream, IL 60197 | | J | **Credit Card Charges** | | | | $9,901.49 |
| Additional Contacts for Capital One: **Capital One** P.O. Box 30285 Salt Lake City, UT 84130 | | | | | | | |
| **ACCOUNT NO.** **Capital One Bank (USA), N.A.** P.O. Box 6492 Carol Stream, IL 60197 | | J | **Credit Card Charges** | | | | $10,363.57 |
| **ACCOUNT NO.** **Charter Communications** P.O. Box 3019 Milwaukee, WI 53201-3019 | | J | **Utility** | | | | $463.64 |

Sheet no. __**3**__ of __**19**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **20,728.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re <u>Brent Bryan Baker and Amy Marie Baker</u>,          Case No. _____
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Chase Card Services** <br>**P.O. Box 15153** <br>**Wilmington, DE 19886** | | J | **Credit Card Charges** | | | | **$50,970.00** |
| Additional Contacts for Chase Card Services: <br><br>**Chase Card Services** <br>**P.O. Box 15298** <br>**Wilmington, DE 19850** | | | | | | | |
| **ACCOUNT NO.    0613** <br><br>**Cherryland Electric** <br>**Cooperative, Inc.** <br>**P.O. Box 500** <br>**Grawn, MI 49637-0500** | | J | **Utility** | | | | **$455.16** |
| **ACCOUNT NO.** <br><br>**Comcast** <br>**155 Industrial Dr.** <br>**Elmhurst, IL 60126** | | J | **Business utility** | | | | **$95.21** |

Sheet no. __4__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal▶ | $   **51,520.37** |
| | Total▶ <br>(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable on the Statistical <br>Summary of Certain Liabilities and Related Data.) | $ |

In re  **Brent Bryan Baker and Amy Marie Baker**              ,          Case No. _____
Debtor                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **ComEd** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197** | | J | **Business utility** | | | | **$718.40** |
| **ACCOUNT NO.        9545** <br><br> **Country Mutual Insurance Company** <br> **P.O. Box 2100** <br> **Bloomington, IL 61702** | | J | **Business insurance coverage** | | | | **$8,586.67** |
| **ACCOUNT NO.** <br><br> **Courtade Mobile Marine** <br> **385 Poplar Ln.** <br> **Traverse City, MI 49696** | | J | **Personal Loan** | | | | **$90.00** |
| **ACCOUNT NO.** <br><br> **Crown Heritage** <br> **2 Gradvew St.** <br> **P.O. Box 130** <br> **North Wilkesboro, NC 28659** | | J | **Business debt** | | | | **$2,101.72** |

Sheet no. __**5**__ of __**19**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **11,496.79**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker** ,                     Case No. _____
_____
**Debtor**                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.   1060** Crystal Clear P.O. Box 149 Morris, IL 60450 | | J | Water | | | | $255.85 |
| **ACCOUNT NO.   1039** Discover Bank C/o Capital Management Services, LP 698 1/2 South Ogden St. Buffalo, NY 14206-2317 | | J | Credit Card Charges | | | | $16,754.11 |
| Additional Contacts for Discover Bank (1039): Blitt and Gaines, P.C. 661 Glenn Ave. Wheeling, IL 60090 | | | | | | | |
| **ACCOUNT NO.** Emtek Products, Inc. P.O. Box 31001-0823 Pasadena, CA 91110-0823 | | J | Business debt | | | | $231.00 |

Sheet no. **6** of **19** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **17,240.96**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker**          ,          Case No. _____
　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Fifth Third Bank C/o Law Offices of Bruce A. Browh 2000 W. Galena Blvd., Suite 201 Aurora, IL 60506** | | J | **Personal Loan** | | | | **$50,000.00** |
| Additional Contacts for Fifth Third Bank: **Fifth Third Bank 16732 W. 159th St. Lockport, Il 60441** **Fifth Third Bank 34 S. Broadway Aurora, IL 60505** | | | | | | | |
| **ACCOUNT NO.** **Frank G. Olbrocht, Sr. C/o Gomien & Harrop, Ltd. 220 W. Main St., Suite 300 Morris, IL 60450** | | J | **Business debt** | | | | **$0.00** |
| **ACCOUNT NO.** **Frank Olbrocht, Sr. 1609 Locust Rd. Morris, IL 60450** | | | **Business debt** | | | X | **$20,500.00** |

Sheet no.___**7**___of___**19**___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **70,500.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker**        ,        Case No. _____
                        **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**GM Card--HSBC** <br>**P.O. Box 37281** <br>**Baltimore, MD 21297-3281** | | J | **Credit Card Charges** | | | | **$7,397.00** |
| Additional Contacts for GM Card--HSBC: <br><br>HSBC <br>P.O. Box 80082 <br>Salinas, CA 93912-0082 <br><br>GMAC Payment Processing CEnter <br>P.O. Box 78369 <br>Phoenix, AZ 85062 <br><br>Praxis Financial Solutions <br>See Attachment 1 - First Additional Contact | | | | | | | |
| **ACCOUNT NO.    3828** <br><br>**GMAC** <br>**Payment Processing Center** <br>**Po Ob x78369** <br>**Phoenix, AZ 85062-8369** | | J | **Personal Loan** | | | | **$9,124.26** |
| **ACCOUNT NO.    9103** <br><br>**Greenway GMC** <br>**310 Bedford Rd.** <br>**Morris, IL 60450** | | J | **Business debt** | | | | **$161.48** |

Sheet no. **8** of **19** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **16,682.74**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker**_____ ,                    Case No. _____
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Grundy Bank** <br> **201 Liberty St.** <br> **Morris, IL 60450** | | J | **Overdraft Charges** | | | | $1,799.84 |
| **ACCOUNT NO.**     03-7 <br><br> **Heartland Disposal of Illinois** <br> **P.O. Box 29** <br> **Mokena, IL 60448** | | J | **Business refuse debt** | | | | $1,122.21 |
| Additional Contacts for Heartland Disposal of Illinois (03-7): <br><br> **Murphy Lomon & Associates** <br> **2860 River Dr., Suite 200** <br> **Des Plaines, Il 60018** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Jeske Co., Inc.** <br> **1800 West Capitol Dr.** <br> **P.O. Box 1426** <br> **Appleton, WI 54912** | | J | **Business debt** | | | | $5,800.51 |

Sheet no. **9** of **19** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | **8,722.56**

Total➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Brent Bryan Baker and Amy Marie Baker** ,          Case No. _____
          **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Just Energy** <br>**35190 Eagle Way** <br>**Chicago, IL 60678-1351** | | J | **Business debt** | | | | $2,954.58 |
| **ACCOUNT NO.** 5950 <br><br> **Kindelspire's Auto Supply** <br>**109-11 W. Washington St.** <br>**Morris, IL 60450** | | J | **Business debt** | | | | $668.62 |
| **ACCOUNT NO.** -106 <br><br> **Kohl's Payment Center** <br>**PO Ob x2983** <br>**Milwaukee, WI 53201-2983** | | J | **Credit Card Charges** | | | | $492.71 |
| **ACCOUNT NO.** <br><br> **Lansing Electric, Inc.** <br>**C/o Law Offices of Joel Cardis, LLC** <br>**2006 Swede Rd., Suite 100** <br>**E. Norriton, PA 19401** | | J | **Business debt** | | | | $5,265.26 |

Sheet no. **10** of **19** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal▶ | $ | **9,381.17** |
| Total▶ <br>(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

In re **Brent Bryan Baker and Amy Marie Baker**    ,        Case No. _____
                        **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Law Offices of Robert J. Russo, Ltd.**<br>**211 E. Jefferson St.**<br>**P.O. Box 767**<br>**Morris, IL 60450** | | J | **Attorney's Fees** | | | | $1,800.00 |
| **ACCOUNT NO.**<br><br>**Lincoln Wood Products**<br>**P.O. Box 375**<br>**1400 W. Taylor St.**<br>**Merril, WI 54452** | | J | **Business debt** | | | | $0.00 |
| **ACCOUNT NO.**<br><br>**Low Voltage Systems, Inc.**<br>**P.O. Box 1865**<br>**Frankfort, IL 60423** | | J | **Business debt** | | | | $1,200.00 |
| **ACCOUNT NO.**    **7868**<br><br>**Matteson Ace Hardware**<br>**221 Bedford Rd.**<br>**Morris, IL 60450** | | J | **Business debt** | | | | $825.54 |

Sheet no.__**11**__of __**19**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **3,825.54**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Brent Bryan Baker and Amy Marie Baker**     ,     Case No. _____
                                                                                  (if known)
            **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MC Supply & Service Co. <br> 3907 Murvihill Rd. <br> Valparaiso, IN 46383 | | J | Business debt | | | | $846.55 |
| ACCOUNT NO. <br><br> McGrath Office Equipment, Inc. <br> 416 Liberty St. <br> Morris, IL 60450 | | J | Business debt | | | | $518.98 |
| ACCOUNT NO. <br><br> Metrie <br> 2200 W. Haven Ave. <br> New Lenox, IL 60451 | | J | Business debt | | | | $19,731.70 |
| ACCOUNT NO. <br><br> MG Marine <br> 1273 4 Mile Rd. N. <br> Traverse City, MI 49696 | | J | Personal Loan | | | | $240.70 |

Sheet no. __12__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $     **21,337.93**

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker** ,        Case No. _____

        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Midwest Motor Specialists** <br>**P.O. Box 673** <br>**Morris, IL 60450** | | J | **Business debt** | | | | $840.87 |
| **ACCOUNT NO.** <br><br>**Midwest Signworks** <br>**307 Bedford Rd.** <br>**Morris, IL 60450** | | J | **Business debt** | | | | $200.00 |
| **ACCOUNT NO.** <br><br>**Mike's Pain, Paper & Frames** <br>**525 Liberty St.** <br>**Morris, IL 60450** | | J | **Business debt** | | | | $159.56 |
| **ACCOUNT NO.** <br><br>**Morris Hospital** <br>**C/o Creditor's Discount &** <br>**Audit Co.** <br>**415 E. Main St., P.O. Box 213** <br>**Streator, IL 61364** | | J | **Medical Services** | | | | $392.27 |

Sheet no.__**13**__ of __**19**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                   Subtotal▶   $     **1,592.70**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker**           ,          Case No. _____
_____
                **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Moulding & Millwork** <br> **2200 W. Haven Ave.** <br> **New Lenox, IL 60541** | | J | **Business debt** | | | | $19,998.00 |
| **ACCOUNT NO.**    **4390** <br><br> **Narvick Bros. Lunber Co., Inc.** <br> **1037 Armstrong St.** <br> **Morris, IL 60450** | | J | **Business debt** | | | | $251.02 |
| **ACCOUNT NO.** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507** | | J | **Business utility** | | | | $1,066.44 |
| Additional Contacts for Nicor Gas: <br><br> **Arnold Scott Harris, P.C.** <br> **111 W. Jackson Blvd.,** <br> **suite 600** <br> **Chicago, IL 6064** | | | | | | | |

Sheet no. __**14**__ of __**19**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **21,315.46**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Brent Bryan Baker and Amy Marie Baker** ,          Case No. _____

_____**Debtor**_____                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    9616 **Phillips Air Compressor** 5946 S. Western Ave. Chicago, IL 60636 | | J | **Business debt** | | | | $3,638.04 |
| ACCOUNT NO. **PNC Bank** C/o Nes Oohio 29125 Solon Rd. Solon, OH 44139-3442 | | J | **Credit Card Charges** | | | | $18,531.00 |
| Additional Contacts for PNC Bank: **PNC Bank** C/o Weltman, Weinberg & Reis Co., L.P.A. 180 N. LaSalle St., Suite 2400 Chicago, IL 60601 **NCB Management Services, Inc.** P.O. Box 1099 Langhorne, PA 19047 | | | | | | | |
| ACCOUNT NO. **Quality Storage** 945 E. North St. Coal City, IL 60416 | | J | **Business debt** | | | | $4,996.60 |

Sheet no. __15__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **27,165.64**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker**    ,        Case No. _____
_____Debtor_____                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **River City Millwork 200 Quaker Rd. Rockford, IL 61104** | | J | **Business debt** | | | | $8,687.61 |
| **ACCOUNT NO.** | | | | | | | |
| **Servpro 12621 Harvey Dr. New Lenox, IL 60451** | | J | **Business debt** | | | | $4,092.29 |
| **ACCOUNT NO.** | | | | | | | |
| **Sherwin Williams Co. C/o DeHaan & Bach 25 Whitney Dr., Suite 106 P.O. Box 929 Milford, OH 45150** | | J | **Business debt** | | | | $3,498.30 |
| **Additional Contacts for Sherwin Williams Co.:** **Sherwin Williams Co. Acct. Rec. Dept. 118 Larkin Ave. Joliet, IL 60435** | | | | | | | |

Sheet no.__**16**__of__**19**__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **16,278.20**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Brent Bryan Baker and Amy Marie Baker**    ,    Case No. _____
            **Debtor**                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Siegle's Cabinet Center, LLC** <br> **C/o Mark A. Van Donselaar** <br> **P.O. Box 284** <br> **Grayslake, IL 60030** | | J | **Personal Loan** | | | | **$0.00** |
| **ACCOUNT NO.** <br><br> **Steve's Tire and Service Center** <br> **514 Liberty St.** <br> **Morris, IL 60450** | | J | **Business debt** | | | | **$93.50** |
| **ACCOUNT NO.** <br><br> **Sur-Loc Hardware, Inc.** <br> **2855 South 1030 West** <br> **Salt Lake City, UT 84119** | | J | **Business debt** | | | | **$1,783.83** |
| **ACCOUNT NO.    6986** <br><br> **Town Center Bank** <br> **20181 S. LaGrange Rd.** <br> **Frankfort, IL 60423** | | J | **Credit Card Charges** | | | | **$0.00** |

Sheet no. __**17**__ of __**19**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **1,877.33**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Brent Bryan Baker and Amy Marie Baker**            ,          Case No. _____
_____
**Debtor**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Town Center Bank** <br> **1938 E. Lincoln Highway** <br> **Unit 101** <br> **New Lenox, IL 60451** | | J | **Personal Loan** | | | | **$144,000.00** |
| **Additional Contacts for Town Center Bank:** <br><br> **Wennlund and Associates** <br> **19235 Wolf Rd.** <br> **Mokena, IL 60448** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Tri-County Management Services, Inc.** <br> **118 E. Jackson St.** <br> **P.O. Box 609** <br> **Morris, IL 60450** | | J | **Accounting Services** | | | | **$4,865.00** |
| **ACCOUNT NO.** <br><br> **Uline Shipping Supply Specialists** <br> **2200 S. Laleside Dr.** <br> **Waukegan, IL 60085** | | J | **Business debt** | | | | **$914.22** |

Sheet no. __**18**__ of __**19**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **149,779.22**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Brent Bryan Baker and Amy Marie Baker**     ,     Case No. _____
            **Debtor**                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Woolf Distributing Company, Inc.**<br>**8550 Ridgefield Rd.**<br>**Crystal Lake, Il 60012-2802** | | J | **Business debt** | | | | $1,804.70 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __19__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,804.70**

Total▶ $ **481,501.75**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

    **First Additional Contact**

        **7301 N. Lincoln Ave., Suite 220
Lincolnwood, IL 60172-1733**

B 6G (Official Form 6G) (12/07)

In re **Brent Bryan Baker and Amy Marie Baker,**                    Case No. _____
_____
                    **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Laurie Williams 1817 Red Willow Rd. Morris, IL 60450 | Description: Lease for residential real estate at 1817 Red Willow Rd., Morris, IL 60450  Nature of Debtor's Interest: Owner of Corporate Lessor (RJA Builders, Inc.) |
| Jim Benda 1758 Red Willow Rd. Morris, IL 60450 | Description: Lease for residential real estate at 1758 Red Willow Rd., Morris, IL 60450  Nature of Debtor's Interest: Owner of Corporate Lessor (RJA Builders, Inc.) |

B 6H (Official Form 6H) (12/07)

In re **Brent Bryan Baker and Amy Marie Baker,**                    Case No. _____
                                   **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brent Bryan Baker | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Amy Marie Baker | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for: | Northern District of Illinois | | |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed <br> ☐ Not employed | ☒ Employed <br> ☐ Not employed |
| Occupation | Operations Manager | Assistant Teacher |
| Employer's name | BCI Companies, Inc. | Grundy County Co-Op |
| Employer's address | 3033 W. Jefferson St., Suite 215 <br> Number   Street | Number   Street |
| | Joliet, IL 60435 <br> City                State    ZIP Code | Minooka, IL 60447 <br> City                State    ZIP Code |
| How long employed there? | 1 Month | 5 years |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 1,118.50 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 1,118.50 |

Debtor 1    **Brent Bryan Baker**

First Name      Middle Name      Last Name

Case number *(if known)*_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................ → 4. | $ 0.00 | $ 1,118.50 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 116.98 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 41.56 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 242.86 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 401.40 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 717.10 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: SNAP - Government Assistance | 8f. | $ 333.00 | $ 333.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 333.00 | $ 333.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 333.00 + | $ 1,050.10 = | $ 1,383.10 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 1,383.10

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    **Brent Bryan Baker**
First Name        Middle Name        Last Name

Debtor 2    **Amy Marie Baker**
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for : **Northern District of Illinois**

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

   ☒ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.   $ **0.00**

   If not included in line 4:

   4a.  Real estate taxes    4a.  $ **0.00**

   4b.  Property, homeowner's, or renter's insurance    4b.  $ **0.00**

   4c.  Home maintenance, repair, and upkeep expenses    4c.  $ **0.00**

   4d.  Homeowner's association or condominium dues    4d.  $ **0.00**

| Debtor 1 | **Brent Bryan Baker** | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | | | **Your expenses** |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $ 0.00

6. **Utilities:**

   6a.  Electricity, heat, natural gas    6a. $ **300.00**

   6b.  Water, sewer, garbage collection    6b. $ **13.50**

   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. $ **230.00**

   6d.  Other. Specify: **CELL PHONE**    6d. $ **215.00**

7. **Food and housekeeping supplies**    7. $ **700.00**

8. **Childcare and children's education costs**    8. $ **106.50**

9. **Clothing, laundry, and dry cleaning**    9. $ **100.00**

10. **Personal care products and services**    10. $ **100.00**

11. **Medical and dental expenses**    11. $ **80.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $ **564.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ 0.00

14. **Charitable contributions and religious donations**    14. $ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance    15a. $ 0.00

   15b.  Health insurance    15b. $ 0.00

   15c.  Vehicle insurance    15c. $ **74.00**

   15d.  Other insurance. Specify:_____    15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $ 0.00

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1    17a. $ 0.00

   17b.  Car payments for Vehicle 2    17b. $ 0.00

   17c.  Other. Specify:_____    17c. $_____

   17d.  Other. Specify:_____    17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**    18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property    20a. $ 0.00

   20b.  Real estate taxes    20b. $ 0.00

   20c.  Property, homeowner's, or renter's insurance    20c. $ 0.00

   20d.  Maintenance, repair, and upkeep expenses    20d. $ 0.00

   20e.  Homeowner's association or condominium dues    20e. $ 0.00

Debtor 1    **Brent Bryan Baker**
First Name        Middle Name        Last Name

Case number *(if known)*_____

---

21.  **Other**. Specify: __See Attachment 1_____    21.    +$ __450.50_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22.    $ __2,933.50_____

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $ __1,383.10_____

23b.  Copy your monthly expenses from line 22 above.    23b.    − $ __2,933.50_____

23c.  Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*.    23c.    $ __-1,550.40_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ❑ No.
     ❑ Yes.    Explain here:

# Addendum

**Attachment 1**

>**Description: Children's sports, dance lesons**
>**Amount: 392.50**
>
>**Description: Children's dental**
>**Amount: 58.00**

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re

**Brent Bryan Baker and Amy Marie Baker**  ,
*Debtor*

Case No. _____

Chapter **7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | | $ 1,128,000.00 | | |
| B - Personal Property | NO | | $    280,389.77 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | | | $   1,235,377.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | | | $        9,387.22 | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | | | $      481,501.75 | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $      1,383.10 |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $      2,933.50 |
| TOTAL | | 0 | $ 1,408,389.77 | $  1,726,266.25 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In re **Brent Bryan Baker and Amy Marie Baker**
_____,
                          *Debtor*

Case No. _____

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $        0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    6,499.17 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $        0.00 |
| Student Loan Obligations (from Schedule F) | $        0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $        0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $        0.00 |
| TOTAL | $    6,499.17 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $    1,383.10 |
| Average Expenses (from Schedule J, Line 22) | $    2,933.50 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    1,118.50 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $      82,727.12 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    6,499.17 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $      2,888.05 |
| 4.  Total from Schedule F | | $     481,501.75 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $     567,116.92 |

In re  __Brent Bryan Baker and Amy Marie Baker_____ ,     Case No. _____
          **Debtor**                                                              **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 5, 2014_____          Signature: __s/Brent Bryan Baker_____
                                                                        **Brent Bryan Baker** Debtor

Date __May 5, 2014_____          Signature: __s/Amy Marie Baker_____
                                                                        **Amy Marie Baker** (Joint Debtor, if any)

                                                        [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------
#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                  Social Security No.
of Bankruptcy Petition Preparer                           *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
-------------------------------------------------------------------------------------------------------

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                              Signature: _____

                              _____
                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re  Brent Bryan Baker , Amy Marie Baker                                   Case No. _____
                    Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit
counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the
court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid,
and your creditors will be able to resume collection activities against you. If your case is dismissed
and you file another bankruptcy case later, you may be required to pay a second filing fee and you
may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must
complete and file a separate Exhibit D. Check one of the five statements below and attach any documents
as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a
credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined
the opportunities for available credit counseling and assisted me in performing a related budget analysis,
and I have a certificate from the agency describing the services provided to me. *Attach a copy of the
certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a
credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined
the opportunities for available credit counseling and assisted me in performing a related budget analysis,
but I do not have a certificate from the agency describing the services provided to me. *You must file a
copy of a certificate from the agency describing the services provided to you and a copy of any debt
repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed*.

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of:

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
❑ Active military duty in a military combat zone.

❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:  s/Brent Bryan Baker

Date: May 5, 2014

2

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re Brent Bryan Baker, Amy Marie Baker        Case No. _____
             Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

&#10065; 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

&#10065; 4. I am not required to receive a credit counseling briefing because of:

&#10065; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
&#10065; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
&#10065; Active military duty in a military combat zone.

&#10065; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:  s/Amy Marie Baker

Date: May 5, 2014

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In re: Brent Bryan Baker and Amy Marie Baker                    Case No _____
_____                                      (if known)
                Debtor

## STATEMENT OF FINANCIAL AFFAIRS

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

Debtor:
       Current Year (2014):

       Previous Year 1 (2013):

       Previous Year 2 (2012):
       $4,277.00                                        Operation of Business

Joint Debtor:
       Current Year (2014):

       Previous Year 1 (2013):
       $10,114.96                                       Employment

       Previous Year 2 (2012):
       $9,592.00                                        Employment

**2.  Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:
Joint Debtor:

None
☒

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Debtor:

| Discover Bank v. Brent B. Baker<br>Case Number: 13 LM 130 | Credit Collections | Grundy County Circuit Court<br>111 E. Washington St.,<br>Morris, IL 60450 | Pre-judgment |
| PNC Bank, N.A. v. Brent R. Baker<br>Case Number: 12 LM 99 | Credit Collections | Grundy County Circuit Court<br>111 E. Washington St.,<br>Morris, Il 60450 | Post-Judgment collections |
| Town Center Bank v. Brent B. Baker<br>Case Number: 13 L 48 | Collections on Judgment | Grundy County Circuit Court<br>111 E. Washington St.,<br>Morris, Il 60450 | Post-Judgment collections |
| Siegle's Cabinet Center, LLC v. Quality Millwork, Inc. and Brent Baker, individually<br>Case Number: 12 AR 819 | ***Lawsuit dtr nature of proceeding RTE*** | Circuit Court of Lake County<br>Lake County, Illinois | ***Lawsuit dtr status or disposition RTE*** |
| RJA Builders, Inc. v. Jim Benda, Rhonda Calhoun, Unknown Owners<br>Case Number: 14 LM 48 | Forcible Entry and Detainer | Grundy County Circuit Court<br>111 E. Washington St.,<br>Morris, IL 60450 | pre-judgment |

Joint Debtor:
N/A

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|
| Debtor:<br>Frank Olbrocht, Sr.<br>1609 Locust Rd.<br>Morris, IL 60450 | 2/1/14 | The business "Quality Millworks", previously sold to the debtor.  Property was seized allegedly pursuant to contract.<br>Value: $0.00 |

Joint Debtor:
N/A

---

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: 001 Debtorcc, Inc. ***Bankruptcy dtr counseling payee address RTE*** | 12/11/2013 | $10.00 $10 |
| Joint Debtor: Debtorcc, Inc. ***Bankruptcy jdtr counseling payee address RTE*** | 4/14/2014 | $10.00 |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Debtor: Robert Geiger and Vicki Geiger 1827 Periwinkle Dr. Morris, IL 60450 Relationship to Debtor: Robert Geiger is a partner in Debtor's Attorney's firm | ***Transfer dtr two yr transfer date RTE*** | 1809 Red Willow Rd., Morris, Il 60450 Value: $163,000.00 |
| Joint Debtor: N/A | | |

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were

☒ closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

### 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

### 15. Prior address of debtor

None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises

☒   which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME              NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS            OF GOVERNMENTAL UNIT      NOTICE           LAW

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME              NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS            OF GOVERNMENTAL UNIT      NOTICE           LAW

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS                                              STATUS OR

OF GOVERNMENTAL UNIT                DOCKET NUMBER        DISPOSITION

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Debtor: | | | | |
| Baker Consulting of Lemont | ***Business dtr individual abbrev id number RTE***/ 20-4271403 | 1173 Oak Grove Ct. Morris, IL 60450 | Millworks | Beginning Date: 2006 Ending Date: 2/1/14 |
| Baker Hidaways, LLC | ***Business dtr individual abbrev id number RTE***/ 35-2193925 | 1173 Oak Grove Ct. Morris, IL 60450 | Real Estate | Beginning Date: ***Business dtr individual beginning date RTE*** Ending Date: 2011 |
| RJA Builders, Inc. | ***Business dtr individual abbrev id number RTE***/ 36-4571162 | 1173 Oak Grove Ct. Morris, IL 60450 | Real Estate | Beginning Date: ***Business dtr individual beginning date RTE*** Ending Date: ongoing |

Joint Debtor:

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Debtor: | |
| Tri-County Management, Inc. | 2009, 2010, 2011, 2012 |
| 118 E. Jackson St. | |
| Morris, IL 60450 | |
| | |
| Joint Debtor: | |
| N/A | |

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Debtor: | | |
| ***IF Accountant auditor dtr within two years TF*** | Joint Debtor: | |
| N/A | | |

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Debtor: | |
| ***IF Accountant dtr book holder TF*** | Joint Debtor: |
| N/A | |

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Debtor: | |
| ***IF Accountant dtr fin statement issued TF*** Joint Debtor: | |
| N/A | |

### 20. Inventories

None ⊠

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| Debtor: N/A | | |
| Joint Debtor: N/A | | |

None ⊠

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| Debtor: N/A | |
| N/A | |

---

**21. Current Partners, Officers, Directors and Shareholders**

None ⊠

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | |

None ⊠

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| N/A | | |

---

**22. Former partners, officers, directors and shareholders**

None ⊠

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| N/A | | |

None ⊠

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| N/A | | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| N/A | | |

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | Signature of Debtor | |
|---|---|---|---|
| Date | May 5, 2014 | | s/Brent Bryan Baker |

| | | Signature of Joint Debtor (if any) | |
|---|---|---|---|
| Date | May 5, 2014 | | s/Amy Marie Baker |

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re  Brent Bryan Baker and Amy Marie Baker                    Case No. _____
      Debtor                                                                      Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt**: |
|---|---|
| First Merchant's Bank, N.A. | 2004 Crownline Deck Boat |

Property will be *(check one)*:
      ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
      ☐ Redeem the property
      ☐ Reaffirm the debt
      ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
      ☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt**: |
|---|---|
| Grundy Bank | 1817 Red Willow Rd., Morris, IL 60450 and 1759 Red Willow Rd., Morris, IL 60450--Single Units in Duplexes. This property is titled under RJA Builders, Inc., a wholly owned corporation of the debtor.  Value is solely based upon sale of an identical unit, 1809 Red Willow Rd., Morris, IL 60450, at $163,000.00. |

Property will be *(check one)*:
      ☒ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
      ☐ Redeem the property
      ☐ Reaffirm the debt
      ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
      ☐ Claimed as exempt    ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Grundy Bank | **Describe Property Securing Debt**:<br>1173 Oak Grove Ct., Morris, IL 60450; 2 Yamaha Waverunners, 2003 Chevrolet Suburban, 2 Polaris Snowmobiles |

Property will be *(check one)*:
   ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Grundy Bank | **Describe Property Securing Debt**:<br>1173 Oak Grove Ct., Morris, IL 60450 |

Property will be *(check one)*:
   ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ☐ Claimed as exempt    ☒ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>PNC Mortgage | **Describe Property Securing Debt**:<br>***Creditor secured property description RTE*** |

Property will be *(check one)*:
   ☒ Surrendered     ☐ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ☐ Claimed as exempt    ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                    Page 3

**PART B – Personal property subject to unexpired leases.** *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Laurie Williams | **Describe Leased Property:**<br>Lease for residential real estate at 1817 Red Willow Rd., Morris, IL 60450 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☒ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>***Prop pers subj to unexp lease lessor name RTE*** | **Describe Leased Property:**<br>***Prop pers subj to unexp lease prop descrip RTE*** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☒ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: May 5, 2014                                    s/Brent Bryan Baker
_____                   _____
                                                    Signature of Debtor


                                                    s/Amy Marie Baker
                                                    _____
                                                    Signature of Joint Debtor

B 203
(12/94)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS

In re

**Brent Bryan Baker and Amy Marie Baker**

Case No. _____

**Debtor**

Chapter **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **1,200.00**_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **1,200.00**_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**_____

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

**May 5, 2014**
*Date*

**s/James M. Durkee**
**James M. Durkee**
*Signature of Attorney*

**Malmquist and Geiger**
*Name of law firm*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re                                                              Chapter 7

    Brent Bryan Baker and Amy Marie Baker                    Case No.

           Debtors.

# STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income.

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $ 0.00 | $ 660.20 |
| Five months ago | $ 0.00 | $ 746.23 |
| Four months ago | $ 0.00 | $ 692.56 |
| Three months ago | $ 0.00 | $ 689.48 |
| Two months ago | $ 0.00 | $ 689.48 |
| Last month | $ 0.00 | $ 689.48 |
| Total Net income for six months preceding filing | $ 0.00 | $ 4,167.43 |
| **Average Monthly Net Income** | $ 0.00 | $ 694.57 |

Dated:   May 5, 2014

                                         s/Brent Bryan Baker
                                           Brent Bryan Baker
                                              Debtor

                                         s/Amy Marie Baker
                                         Amy Marie Baker
                                          Joint Debtor

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS

In re  **Brent Bryan Baker and Amy Marie Baker**

_____  Case No. _____
                        Debtor
                                                  Chapter **7**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____        _____
Printed name and title, if any, of Bankruptcy Petition Preparer    Social Security number (If the bankruptcy petition
Address:                                                            preparer is not an individual, state the Social Security
                                                                   number of the officer, principal, responsible person, or
                                                                   partner of the bankruptcy petition preparer.)  (Required
X_____                           by 11 U.S.C. § 110.)

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Brent Bryan Baker and Amy Marie Baker**_____        X **s/Brent Bryan Baker**        **May 5, 2014**
Printed Name(s) of Debtor(s)                          Signature of Debtor            Date

Case No. (if known) _____        X **s/Amy Marie Baker**        **May 5, 2014**
                                                      Signature of Joint Debtor (if any)    Date

_____

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Alexandria MW, LLC
4747 West State Rd. 2, Suite B
LaPorte, IN 46350


Ally
Payment Processing Center
P.O. Box 78369
Phoenix, AZ 85062-8369


American Hardwood Product
476 Country Club Dr.
Bensenville, IL 60106


Arnold Scott Harris, P.C.
111 W. Jackson Blvd., suite 600
Chicago, IL 6064


Auto Owners Insurance
P.O. Box 30315
Lansing, MI 48909-7815


Ayers Electric, Inc.
P.O. Box 567
Morris, IL 60450


Big R Store
2655 Sycamore Dr.
Morris, IL 60450


Bill's Drywall, Inc.
19145 S. 104th Ave.
Mokena, IL 60448


Blitt and Gaines, P.C.
661 Glenn Ave.
Wheeling, IL 60090

Blue Cross Blue Shielf of Illinois
P.O. Box 3240
Naperville, IL 60566-7240


BlueLinx Corporation
3532 Solutions Center
Chicago, IL 60677-3005


Break 'N Waves
Shrink Film Services
1126 E. Eighth St.
Traverse City, MI 49686


Bullseye Telecom
C/o First Place Bank
P.O. Box 33025
Detroit, MI 48232-5025


Capital One
P.O. Box 6492
Carol Stream, IL 60197


Capital One
P.O. Box 30285
Salt Lake City, UT 84130


Capital One Bank (USA), N.A.
P.O. Box 6492
Carol Stream, IL 60197


Charter Communications
P.O. Box 3019
Milwaukee, WI 53201-3019


Chase Card Services
P.O. Box 15153
Wilmington, DE 19886

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850


Cherryland Electric Cooperative, Inc.
P.O. Box 500
Grawn, MI 49637-0500


Comcast
155 Industrial Dr.
Elmhurst, IL 60126


ComEd
P.O. Box 6111
Carol Stream, IL 60197


Country Mutual Insurance Company
P.O. Box 2100
Bloomington, IL 61702


Courtade Mobile Marine
385 Poplar Ln.
Traverse City, MI 49696


Crown Heritage
2 Gradvew St.
P.O. Box 130
North Wilkesboro, NC 28659


Crystal Clear
P.O. Box 149
Morris, IL 60450


Discover Bank
C/o Capital Management Services, LP
698 1/2 South Ogden St.
Buffalo, NY 14206-2317

Emtek Products, Inc.
P.O. Box 31001-0823
Pasadena, CA 91110-0823


Fifth Third Bank
C/o Law Offices of Bruce A. Browh
2000 W. Galena Blvd., Suite 201
Aurora, IL 60506


Fifth Third Bank
16732 W. 159th St.
Lockport, Il 60441


Fifth Third Bank
34 S. Broadway
Aurora, IL 60505


First Merchant's Bank, N.A.
200 E. Jackson St.
Muncie, IN 47305


Frank G. Olbrocht, Sr.
C/o Gomien & Harrop, Ltd.
220 W. Main St., Suite 300
Morris, IL 60450


Frank Olbrocht, Sr.
1609 Locust Rd.
Morris, IL 60450


GM Card--HSBC
P.O. Box 37281
Baltimore, MD 21297-3281


GMAC
Payment Processing Center
Po Ob x78369
Phoenix, AZ 85062-8369

GMAC Payment Processing CEnter
P.O. Box 78369
Phoenix, AZ 85062


Greenway GMC
310 Bedford Rd.
Morris, IL 60450


Grundy Bank
P.O. Box 520
Morris, IL 60450


Grundy Bank

201 Liberty St.
Morris, IL 60450


Grundy Bank
201 Liberty St.
Morris, IL 60450


Heartland Disposal of Illinois
P.O. Box 29
Mokena, IL 60448


Heavner, Scott, Beyers & Mihlar, LLC
Attorneys at Law
111 E. Main St.
P.O. Box 740
Decatur, IL 62525


HSBC
P.O. Box 80082
Salinas, CA 93912-0082


Ill. Dept. of Employment Security
P.O. Box 3637
Springfield, IL 62708-3637

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794


IRS
P.O. Box 7346
Philadelphia, PA 19101


Jeske Co., Inc.
1800 West Capitol Dr.
P.O. Box 1426
Appleton, WI 54912


Jim Benda
1758 Red Willow Rd.
Morris, IL 60450


John M. Galich, Esq.
1010 Jorie Blvd., Suite 370
Oakbrook, IL 60523


Just Energy
35190 Eagle Way
Chicago, IL 60678-1351


Kindelspire's Auto Supply
109-11 W. Washington St.
Morris, IL 60450


Kohl's Payment Center
PO Ob x2983
Milwaukee, WI 53201-2983


Lansing Electric, Inc.
C/o Law Offices of Joel Cardis, LLC
2006 Swede Rd., Suite 100
E. Norriton, PA 19401

Laurie Williams
1817 Red Willow Rd.
Morris, IL 60450


Law Offices of Robert J. Russo, Ltd.
211 E. Jefferson St.
P.O. Box 767
Morris, IL 60450


Lincoln Wood Products
P.O. Box 375
1400 W. Taylor St.
Merril, WI 54452


Low Voltage Systems, Inc.
P.O. Box 1865
Frankfort, IL 60423


Matteson Ace Hardware
221 Bedford Rd.
Morris, IL 60450


MC Supply & Service Co.
3907 Murvihill Rd.
Valparaiso, IN 46383


McGrath Office Equipment, Inc.
416 Liberty St.
Morris, IL 60450


Metrie
2200 W. Haven Ave.
New Lenox, IL 60451


MG Marine
1273 4 Mile Rd. N.
Traverse City, MI 49696

Midwest Motor Specialists
P.O. Box 673
Morris, IL 60450


Midwest Signworks
307 Bedford Rd.
Morris, IL 60450


Mike's Pain, Paper & Frames
525 Liberty St.
Morris, IL 60450


Morris Hospital
C/o Creditor's Discount & Audit Co.
415 E. Main St., P.O. Box 213
Streator, IL 61364


Moulding & Millwork
2200 W. Haven Ave.
New Lenox, IL 60541


Murphy Lomon & Associates
2860 River Dr., Suite 200
Des Plaines, Il 60018


Narvick Bros. Lunber Co., Inc.
1037 Armstrong St.
Morris, IL 60450


NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047


Nicor Gas
P.O. Box 0632
Aurora, IL 60507

Orlans Associates, P.C.
P.O. Box 5041
Troy, MI 48007


Phillips Air Compressor
5946 S. Western Ave.
Chicago, IL 60636


PNC Bank
C/o Nes Oohio
29125 Solon Rd.
Solon, OH 44139-3442


PNC Bank
C/o Weltman, Weinberg & Reis Co., L.P.A.
180 N. LaSalle St., Suite 2400
Chicago, IL 60601


PNC Mortgage
P.O. Box 1820
Dayton, OH 45201-1820


Praxis Financial Solutions
7301 N. Lincoln Ave., Suite 220
Lincolnwood, IL 60172-1733


Quality Storage
945 E. North St.
Coal City, IL 60416


River City Millwork
200 Quaker Rd.
Rockford, IL 61104


Servpro
12621 Harvey Dr.
New Lenox, IL 60451

Sherwin Williams Co.
C/o DeHaan & Bach
25 Whitney Dr., Suite 106
P.O. Box 929
Milford, OH 45150


Sherwin Williams Co.
Acct. Rec. Dept.
118 Larkin Ave.
Joliet, IL 60435


Siegle's Cabinet Center, LLC
C/o Mark A. Van Donselaar
P.O. Box 284
Grayslake, IL 60030


Steve's Tire and Service Center
514 Liberty St.
Morris, IL 60450


Sur-Loc Hardware, Inc.
2855 South 1030 West
Salt Lake City, UT 84119


Town Center Bank
1938 E. Lincoln Highway
Unit 101
New Lenox, IL 60451


Town Center Bank
20181 S. LaGrange Rd.
Frankfort, IL 60423


Tracey Bartlett - Treasurer
1965 N. Three Mile
Traverse City, MI 49696


Tri-County Management Services, Inc.
118 E. Jackson St.
P.O. Box 609
Morris, IL 60450

```
Uline Shipping Supply Specialists
2200 S. Laleside Dr.
Waukegan, IL 60085




Wennlund and Associates
19235 Wolf Rd.
Mokena, IL 60448




Woolf Distributing Company, Inc.
8550 Ridgefield Rd.
Crystal Lake, Il 60012-2802
```

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

In Re:                                    Bankruptcy Case Number: _____

**Brent Bryan Baker and Amy Marie Baker**


**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors: _____


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Dated:   __**May 5, 2014**__                    **s/Brent Bryan Baker**_____

                                         Debtor

                                         **s/Amy Marie Baker**_____

                                         Joint Debtor